**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CRAIG H. SHOPNECK,** | ) | **CASE NO. 1:15CV577** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | |
| | ) | |
| **MARK C. JEFFERSON, et al.,** | ) | **O R D E R** |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

    This Court has reviewed the Report and Recommendation (Doc.#28) of Magistrate Judge McHargh recommending that Defendants' Petition to Dismiss be denied. (Doc.# 22). Neither party has filed any objections to the Report and Recommendation.

    FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but neither party has timely filed any such objections. Therefore, the Court must assume that both parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

    Therefore, the Court adopts in full the Report and Recommendation (Doc.# 28 )

and denies Defendants' Petition to Dismiss (Doc.# 22).

    IT IS SO ORDERED.

 Dated: 12/30/2015

             _S/Christopher A. Boyko_
             CHRISTOPHER A. BOYKO
             UNITED STATES DISTRICT JUDGE