**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **CRAIG H. SHOPNECK,** ) | **CASE NO. 1:15CV577** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | |
| ) | |
| **MARK C. JEFFERSON, et al.,** ) | **O R D E R** |
| ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

    This Court has reviewed the Report and Recommendation (Doc.#34) of Magistrate Judge McHargh recommending that Plaintiff's Motion for Default Judgment be granted. (Doc.# 30). Defendants have not filed any objections to the Report and Recommendation.

    FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Defendants have not filed any such objections. Therefore, the Court must assume that Defendants are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

    Therefore, the Court adopts in full the Report and Recommendation (Doc.# 34 )

and grants Plaintiff's Motion for Default Judgment (Doc.# 30).

    IT IS SO ORDERED.

Dated: 2/29/2016

             *S/Christopher A. Boyko*
             CHRISTOPHER A. BOYKO
             UNITED STATES DISTRICT JUDGE